ERRATA

In *Wind Tower Trade Coalition v. United States*, Court No. 20-03692, Confidential Slip Op. 22-27, dated March 24, 2022

Page 33: On line 8 of the second paragraph, replace "[[started to use toll processing agreements in 2018]]" with "started to use toll processing agreements in 2018".

Page 34: On line 11, replace "[[VE-4 at 59]]" with "VE-4 at 59".

Page 52: On lines 2 and 3 of footnote 32, replace "[[starting to use toll processing agreements in 2018]]" with "starting to use toll processing agreements in 2018".  On line 8 of footnote 32, replace "[[VE-4 at 59]]" with "VE-4 at 59".

Page 57: On lines 12 and 13 of the second paragraph, replace " and that the same source documentation listed the country of origin as "VN - VIETNAM"]]." with "]] and that the same source documentation listed the country of origin as "VN - VIETNAM.""

Page 62: On line 4 of the second paragraph, replace "[[Vietnam]]" with "Vietnam".  On line 11 of the second paragraph, replace "[[Vietnamese]]" with "Vietnamese".

Page 63: On line 1, replace "[[MFN]]" with "MFN".  On line 3, replace "from [[" with "from "[[".  On line 4, replace "]] with" with "]]" with".  On line 4, replace "[[VN]]" with ""VN"".

Page 65: On line 9 of the first paragraph, replace "[[MFN]]" with "MFN".  On line 11 of the first paragraph, replace "[[MFN]]" with "MFN".  On line 13 of the first paragraph, replace "[[Vietnam]]" with "Vietnam".

Page 67: On line 1 of the second paragraph, replace "[[Vietnam]]" with "Vietnam".

Page 68: On line 4 of the second paragraph, replace "[[Vietnam]]" with "Vietnam".

Page 71: On line 8 of the second paragraph, replace "[[MFN zero]]" with "MFN zero".  On line 9 of the second paragraph, replace ""Raw Materials.Rev.ATT2.BPI" with ""Raw Materials.Rev.ATT2.BPI"".  On line 11 of the second paragraph, replace "[[zero]]" with "zero".

Page 72: On line 1 of the second paragraph, replace "[[MFN zero]]" with "MFN zero".  On line 6 of the second paragraph, replace "[[MFN]]" with "MFN".  On lines 1 and 2 of footnote 45, replace "[[Commerce noted also an import duty rate of zero percent as a part of its calculations]]" with "Commerce noted also an import duty rate of zero percent as a part of its calculations".

Page 74: On line 6 of the second paragraph, replace "[[MFN]]" with "MFN".  On line 7 of the second paragraph, replace "[[MFN]]" with "MFN".  On line 9 of the second

paragraph, replace "[[Vietnam]]" with "Vietnam".  On line 12 of the second paragraph, replace ""Raw Materials.Rev.ATT2.BPI" with ""Raw Materials.Rev.ATT2.BPI"".

Page 75: On line 4 of the second paragraph, replace "[[MFN]]" with "MFN".  On line 6 of the second paragraph, replace "[[MFN]]" with "MFN".  On line 8 of the second paragraph, replace "[[Vietnam]]" with "Vietnam".

Page 77: On line 4 of the second paragraph, replace "[[MFN]]" with "MFN".  On line 6 of the second paragraph, replace "[[MFN]]" with "MFN".  On line 8 of the second paragraph, replace "[[Vietnam]]" with "Vietnam".  On line 9 of the second paragraph, replace ""Raw Materials.Rev.ATT2.BPI" with ""Raw Materials.Rev.ATT2.BPI"".

Page 78: On line 4 of the sixth paragraph, replace "[[MFN]]" with "MFN".  On line 5 of the second paragraph, replace "[[MFN]]" with "MFN".

Page 79: On line 2 of the first paragraph, replace "[[Vietnam]]" with "Vietnam".

April 4, 2022