ERRATA

In *Wind Tower Trade Coalition v. United States*, Court No. 20-03692, Confidential Slip Op. 23-63, dated April 27, 2023

Page 16, note 7: On line 1, replace " was not a line item]]" with "]] was not a line item". On line 2, replace "[[Verification Exhibit 4 as evidence of " with "Verification Exhibit 4 as evidence of [[".

May 5, 2023